**Order entered January 15, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01366-CR

### DAVID GARCIA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-52886-H**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing on the State's Exhibit 17, a CD containing redacted recordings of jail telephone calls. The trial court held a hearing and the supplemental reporter's record of that hearing has been filed. Before the Court is the trial court's request for additional time to make findings of fact. We **GRANT** the request and **EXTEND** the time until **January 27, 2020**.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1; court reporter Crystal R. Brown; court reporter Sheryl Zeno; Felicia Pitre, Dallas County District Clerk; and counsel for the parties.

We again **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when we receive the supplemental clerk's record containing the trial court's findings or when the Court deems it appropriate to do so.

/s/    LANA MYERS
       JUSTICE